Honorable Jamal N. Whitehead

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

7
8

| | |
|---|---|
| MARIA GROESCHEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>BENEVITY INTERNATIONAL INC.,<br>a foreign corporation,<br><br>Defendant. | Case No. 2:24-cv-01686-JNW<br><br>**ORDER GRANTING STIPULATED**<br>**MOTION FOR RELIEF TO EXTEND**<br>**THE DISCOVERY DEADLINE** |

9
10
11
12
13
14
15
16

PURSUANT TO THE STIPULATED MOTION OF THE PARTIES through their

counsel, IT IS SO ORDERED that, the Stipulated Motion for Relief from the Discovery Deadline

is GRANTED for the sole purpose of Plaintiff deposing Ms. Werner on December 8, 2025.

DATED: November 19, 2025

17
18
19
20
21
22
23

_____
The Honorable Jamal N. Whitehead
United States District Court Judge

24
25
26

ORDER GRANTING STIPULATED
MOTION FOR RELIEF TO EXTEND THE
DISCOVERY DEADLINE - 1 Case No. 2:24-
cv-01686-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058
93850718.v1-OGLETREE

1   Presented by:

2   OGLETREE, DEAKINS, NASH, SMOAK &
3        STEWART, P.C.

4   By: */s/ Laurence A. Shapero*
    By: */s/ Arianna L. Gardner*
5        Laurence A. Shapero, WSBA #31301
         Arianna L. Gardner, WSBA #57167
6        1201 Third Avenue, Suite 5150
         Seattle, WA 98101
7        Telephone: (206) 876-5303
         Facsimile: (206) 693-7058
8        Email: laurence.shapero@ogletree.com
9               arianna.gardner@ogletree.com

10  *Attorneys for Benevity International, Inc.*

11  Approved as to form, presentation waived:

12  DICKERSON DAVIS AHMED, PLLC

13  By: */s/*
14  By: */s/*
    Mark K. Davis, WSBA #38713
15  Emily Tatum, WSBA #61230
    100 Second Avenue, S., Ste. 190
16  Edmonds, WA 98020
17  Phone: (425) 776-1352
    Facsimile: (425) 776-2467
18  Email: mark@lawdda.com
           emily@lawdda.com
19  *Attorneys for Plaintiff*

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED
MOTION FOR RELIEF TO EXTEND THE
DISCOVERY DEADLINE - 2 Case No. 2:24-
cv-01686-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I filed the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF TO EXTEND THE DISCOVERY DEADLINE via the method(s) below on the following parties:

Mark K. Davis, WSBA #38713
Emily Tatum, WSBA #61230
DICKERSON DAVIS AHMED, PLLC
100 Second Avenue, S., Ste. 190
Edmonds, WA 98020
Phone: (425) 776-1352
Facsimile: (425) 776-2467
Email: mark@lawdda.com
        emily@lawdda.com

*Attorneys for Plaintiff*

☒    by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐    by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 17th day of November 2025 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Jordan E. Sheets*
    Jordan E. Sheets, Practice Assistant
    jordan.sheets@ogletree.com

ORDER GRANTING STIPULATED
MOTION FOR RELIEF TO EXTEND THE
DISCOVERY DEADLINE - 3 Case No. 2:24-
cv-01686-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058