UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

MARIA GROESCHEL, an individual,

Plaintiff,

vs.

BENEVITY INTERNATIONAL INC., a foreign corporation,

Defendant.

Case No. 2:24-cv-01686-JNW

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES**

BASED UPON THE STIPULATED MOTION OF THE PARTIES through their counsel, it is hereby ORDERED that:

1. The Stipulated Motion to Continue Trial Date and Related Pretrial Dates is GRANTED.

2. The trial in this matter shall be set for April 26, 2027.

3. The following case schedule deadlines are continued as follows:

| **EVENT** | **Current Deadline** | **New Deadline** |
|---|---|---|
| JURY TRIAL begins | January 19, 2027 | April 26, 2027 |
| All motions in limine must be filed by (*see* LCR 7(d)) | December 10, 2026 | March 17, 2027 |



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| | | |
|---|---|---|
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | December 29, 2026 | April 5, 2027 |
| Agreed pretrial order due | December 29, 2026 | April 5, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | January 5, 2027 | April 12, 2027 |
| Pretrial conference | January 12, 2027 | April 19, 2027 |

IT IS SO ORDERED.

DATED this 24th day of November, 2026.

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Laurence A. Shapero*
By: */s/ Arianna L. Gardner*
Laurence A. Shapero, WSBA #31301
Arianna L. Gardner, WSBA #57167
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
Facsimile: (206) 693-7058
Email: laurence.shapero@ogletree.com
arianna.gardner@ogletree.com

*Attorneys for Defendant Benevity International, Inc.*

Approved as to Form; Presentation Waived:

DICKERSON DAVIS AHMED, PLLC

By: */s/ Mark K. Davis*
Mark K. Davis, WSBA #38713
100 Second Avenue South, Suite 190, Edmonds, WA 98020
Telephone: (425) 776-1352 | Email: mark@lawdda.com

By: */s/ Aubrie Hicks*
Aubrie Hicks, WSBA #46446
DOBSON HICKS PLLC
1416 NW 46th St., Suite 105
Seattle, WA 98107-4622
Email: aubrie@dobsonhicks.com

*Attorneys for Plaintiff Maria Groeschel*